UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENTRALNIC GROUP PLC

                Plaintiff,        20 cv 7456 (JGK)

                                    ORDER

    - against -

SIMON MILLS, ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

    The parties should submit a Proposed Scheduling Order for the submission of an Amended Complaint and the defendants' time to move or answer the Amended Complaint.

    SO ORDERED.

Dated:    New York, New York
           November 4, 2020

                                          John G. Koeltl
                                   United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/20