# PAWAR LAW GROUP P.C.

ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

**Robert Blossner**
**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938

www.pawarlaw.nyc

March 25, 2021

**BY ECF**
The Honorable John G. Koeltl
United States District Judge

> Application granted.
> SO ORDERED
>                     /s/ John G. Koeltl
> March 25, 2021     John G. Koeltl
> New York, NY            U.S.D.J.

Re:     *CentralNic Group PLC v. Simon Mills et al.,*  20 CV 7456 (JGK)

Dear Judge Koeltl:

       I represent the plaintiff in this action.

       On March 16, 2021, the Court extended the deadline for the parties to file formal settlement papers to March 26, 2021.  However, this has become an impossibility due to various issues involving agreement within the board and deadline with clients who are based abroad.  As such, we request until the end of April 30, 2021 to file the appropriate settlement and stipulation to the Court.

       Thank you.

Respectfully,

/s
Vik Pawar (VP9101)
Stevan Lieberman, Esq.

Cc:     Mr. Erik Weinick, Esq.
        *Attorney for defendants*

1